IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL LEE BUCEY,<br><br>*Defendant*. | Criminal No. 1:24-mj-297 |

**AFFIDAVIT IN SUPPORT OF**
**A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jeremy Hoffman, being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I make this affidavit in support of a criminal complaint and arrest warrant charging Samuel Lee Bucey ("BUCEY") with possession of a firearm after being convicted of a crime punishable by a term of imprisonment of more than one year, in violation of U.S.C. § 922(g)(1).

2. I have been employed as a police officer with the Fairfax County Police Department ("FCPD") for over 23 years and have been duly sworn as a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") for over two years. I am currently assigned to the Special Investigations Unit of the FCPD and the ATF Falls Church II Field Office. As a TFO with ATF, I am authorized, pursuant to 18 U.S.C. § 3051, to enforce any of the criminal, seizure, or forfeiture provisions of the laws of the United States.

3. I have been involved in numerous investigations involving violations of federal and state firearms laws. I have received training and have experience investigating violations of both local and federal firearms laws. Additionally, I have received training and have experience

in interviewing and interrogation techniques, arrest procedures, search and seizure, narcotics investigations, white collar crimes, search warrant applications, and various other crimes. In my current role as a detective with the FCPD Special Investigations Unit, I am responsible for investigations involving certain felony firearms offenses, and matters touching national security.

4. The facts and information contained in this affidavit are based upon my personal knowledge of the investigation and information obtained from other local and federal law enforcement officers. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of reports, documents, and other physical evidence obtained during the course of this investigation.

5. This affidavit contains information necessary to support probable cause and has been prepared only for the purpose of obtaining a criminal complaint and arrest warrant. Therefore, it contains neither all of the information known to me concerning the offense nor every fact learned by the government during the course of its investigation thus far.

## FACTUAL BASIS SUPPORTING PROBABLE CAUSE

A. Background on BUCEY

6. BUCEY has a lengthy criminal history spanning the period between 2005 and 2022 and has been convicted of multiple felonies, including firearm offenses. For instance, on or about August 16, 2013, BUCEY was sentenced to 3 years of incarceration (2 years and 6 months suspended), after pleading guilty to grand larceny in the Arlington County Circuit Court. On or about August 5, 2014, BUCEY was ordered to serve the remaining 2 years and 6 months of his sentence after the Court revoked his supervised probation. In addition, on or about August 13, 2020, BUCEY was sentenced to a total term of 28 month of incarceration after pleading guilty to two counts of attempted burglary in the Superior Court of the District of Columbia. Most

recently, on April 21, 2022, BUCEY was convicted of committing credit card theft, grand larceny, and burglary in the Fairfax Circuit Court. On May 20, 2022, he was sentenced to a total term of imprisonment of 5 years, 3 years and 364 days suspended, with credit for time served.

7. According to records from the Fairfax County Adult Detention Center, BUCEY was most recently released from incarceration on or about May 27, 2022.

8. Prior to the date of the instant offense, which is described in further detail below, BUCEY was arrested in Fairfax County, Virginia, on May 29, 2024, for breaking the windows of vehicles at a hotel in Springfield, Virginia. When he was arrested on May 29, BUCEY was wearing a red t-shirt with black sleeves and a white lining running across the shoulders and down the sleeves of the shirt.

B.   Background on Investigation

9. On the morning of June 8, 2024, FCPD officers and detectives responded to reports of a break-in into two law enforcement vehicles parked at two different hotels in the Eastern District of Virginia.

10. Specifically, two marked police cruisers belonging to the Alachua County Sheriff's Office (which is located in Gainesville, Florida), were parked overnight at two hotels—the Courtyard Marriott hotel, located at 6710 Commerce Street, and the Hilton hotel, located at 6550 Loisdale Road, both in Springfield, Virginia, which is within the Eastern District of Virginia. The hotels are located approximately half a mile from each other. Each of the cruisers (hereinafter referred to as "CRUISER 1" and "CRUISER 2") was forcefully broken into in the early morning hours of June 8. From CRUISER 1, which was parked at the Courtyard Marriott, law enforcement equipment was stolen, including one Colt M4 .223 caliber semi-automatic rifle

with a 12-inch barrel bearing serial number LE145493 (hereinafter, the "RIFLE"),[1] as well as handgun and rifle magazines. The owner of CRUISER 1 reported that the RIFLE was inside a black rifle bag and the magazines were stored inside a law enforcement tactical vest. From CRUISER 2, which was parked at the Hilton, additional law enforcement equipment was stolen, including an otherwise empty rifle bag containing .223 caliber ammunition.

11. FCPD officers noticed a dark red smear that appeared to be blood on the driver's door of CRUISER 1. A DNA swab of the stain was taken and has been submitted for analysis, the results of which are still pending.

12. Responding FCPD officers obtained and reviewed surveillance footage from the Hilton, which showed that at approximately 2:40 a.m. on June 8, 2024, a subject rode what appeared to be a rental bicycle through the Hilton's parking lot. The subject rode the bicycle through and around the law enforcement vehicles that were parked there, including CRUISER 2. The subject appeared to be a black male in his late 20s or 30s with a beard and wearing a baseball cap and a shirt with a white stripe going down the shoulders. In the video, the face of the subject was visible.

13. The surveillance video further showed the same subject returning to the Hilton parking lot at approximately 4:10 a.m. In the video, the subject can be seen walking around and between the law enforcement vehicles that were parked there, including CRUISER 2, and shining a flashlight inside CRUISER 2. At approximately 4:20 a.m., the subject can be seen breaking one of CRUISER 2's windows and carrying away objects from inside the vehicle.

---

[1] Based on my training and experience, I know that Colt firearms are not manufactured in Virginia. Having interviewed the Alachua County Sheriff's Office officers whose cruisers were broken into, there is probable cause to believe that the RIFLE is a "weapon . . . which will or is designed to or may readily be converted to expel a projectile by the action of an explosive." 18 U.S.C. § 921(1)(3)(A).

14. FCPD officers on scene sent a screenshot of the subject's face as captured by the surveillance video to other FCPD officers who were known to patrol the area surrounding the hotels. One of the officers recognized the subject as BUCEY based on previous interactions the officer had had with him. BUCEY, a black male in his late 30s who has a beard, matched the description of the subject seen on the Hilton surveillance video.

15. Responding FCPD officers also canvassed the areas surrounding each of the hotels. At the Courtyard Marriott, officers located a dumpster in the parking lot where CRUISER 1 was parked. Inside the dumpster, officers found law enforcement equipment that had been taken from CRUISER 1, including the law enforcement tactical vest, although the magazines that had been stored in it were missing. At the Hilton, officers located a fenced utility area containing a tank in the parking lot where CRUISER 2 was parked. Inside the fenced utility area, officers found law enforcement equipment that had been taken from CRUISER 2, including the empty rifle bag, although the ammunition that had been inside the bag was also missing.

16. Law enforcement officers also obtained surveillance footage from the Metro Transit Police Department ("Metro Transit") that showed BUCEY arriving at the Franconia Springfield Metro Station, which is approximately one mile and a half from the Courtyard Marriott and Hilton hotels, at approximately 5:42 a.m. In the Metro Transit surveillance video, BUCEY can be seen with a Capital Bikeshare bicycle holding a black rifle bag identical to the one containing the RIFLE that had been stolen from CRUISER 1. The surveillance video shows BUCEY boarding a Metro railcar train at 6:50 a.m., shortly after the station opened. Additional surveillance footage obtained from Metro Transit showed BUCEY exiting the Metro railcar train at the Minnesota Avenue Station, in Washington, D.C., at approximately 8:03 a.m. In the video, BUCEY can be seen still carrying the black rifle bag.

17. Based on the aforementioned information, on June 8, 2024, FCPD obtained state arrest warrants charging BUCEY with numerous offenses, including the theft of the RIFLE. BUCEY was arrested that afternoon in the District of Columbia and has since been detained in relation to those local charges. While in custody, FCPD detectives interviewed BUCEY after he waivered his Miranda rights. During the interview, an FCPD detective explained the local charges filed against BUCEY and told BUCEY that law enforcement needed the RIFLE back. In response, BUCEY stated, "How would I do that?" An interviewing detective asked BUCEY if the RIFLE was at his mother's house, to which BUCEY responded, "No, it's not there." BUCEY went on to say that he could call someone about getting the RIFLE back. BUCEY then agreed to place a recorded phone call in the presence of law enforcement from his cell phone to the subject to whom he sold the RIFLE. During the phone call, BUCEY told the subject on the phone that he needed the RIFLE back. The subject referred to BUCEY as "Six." BUCEY was cooperative with the detectives in trying to locate the RIFLE and get it back, but ultimately the RIFLE was not recovered.

18. When BUCEY was arrested on June 8, 2024, his cell phone was seized incident to the arrest. FCPD obtained a state search warrant and searched BUCEY's cell phone, which has the phone number (202) 553-9682 (the "9682 Number"). A review of the cell phone extraction revealed that on the morning of June 8, 2024, BUCEY sent a text message to one of his contacts reading: "This Six I got something for you. Chopper [gun emoji] [gun emoji] machine gun pressure $1000." Based on my training and experience, I know that the term "chopper" is slang used to refer to a machine gun.

19. Law enforcement officers also obtained cell site data for the 9682 Number pursuant to a state search warrant. A review of the cell site data for June 8, 2024, places the

9682 Number in the immediate surroundings of the Courtyard Marriott and Hilton hotels between approximately 12:30 a.m. and 4:40 a.m. and the Franconia Metro Station between approximately 4:55 a.m. and 6:50 a.m.  The cell site data then captures the 9682 Number following what appears to be the Metro Blue Line until approximately 7:37 a.m., after which time the data is inactive until approximately 8:45 a.m., when the 9682 Number is placed in the vicinity of the Minnesota Avenue Station.

## CONCLUSION

20.     Based on the foregoing facts, I submit that there is probable cause to believe that on or about June 8, 2024, in Springfield, Virginia, within the Eastern District of Virginia, and elsewhere, SAMUEL LEE BUCEY, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce a firearm, said firearm having been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).  I respectfully request that the Court issue a criminal complaint and arrest warrant.

Respectfully submitted,

*Jeremy Hoffman*
_____
Jeremy Hoffman
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1
by telephone on July 18, 2024.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2024.07.18 15:19:47 -04'00'
_____
The Honorable Lindsey R. Vaala
United States Magistrate Judge